1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

UNITED STATES OF AMERICA,

10

                                   Petitioner,

    v.

11

CRAIG J. MUNDIE,

12

                                   Respondent.

13

No. 2:14-mc-00125-RAJ-BAT

NOTICE OF APPEARANCE

14

TO:            United States of America, Petitioner

15

AND TO:     David A. Hubbert, Noreene Stehlik, Jeremy Hendon, and Amy Matchison,
            Attorneys for Petitioner

16

17

        PLEASE TAKE NOTICE that prospective intervener Microsoft Corporation, without

18

waiving objections as to improper service or jurisdiction, hereby enters its appearance in the

19

above-entitled action by the attorneys undersigned.  Please serve all further papers and

20

proceedings in said cause, except original process, upon said attorneys at their addresses

21

below stated.

22

        Respectfully submitted this 31st day of December, 2014.

23

                                        K&L GATES LLP

24

                                        By  s/ Robert B. Mitchell
                                            Robert B. Mitchell, WSBA #10874

25

                                        By  s/ Hugh F. Bangasser
                                            Hugh F. Bangasser, WSBA #3055

26

                                        925 Fourth Ave., Suite 2900
                                        Seattle, WA 98104-1158

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

(206) 623-7580
(206) 623-7022 (Fax)
Email:    rob.mitchell@klgates.com
                hugh.bangasser@klgates.com

Attorneys for prospective intervener
Microsoft Corporation

NOTICE OF APPEARANCE – 2
Case No. 2:14-mc-00125-RAJ-BAT

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify under penalty of perjury that on December 31, 2014, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification

of such filing to all parties.

s/ Hugh F. Bangasser
Hugh F. Bangasser
K&L GATES LLP

K:\2969000\85010\20530_HFB\20530P21KP

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE – 3
Case No. 2:14-mc-00125-RAJ-BAT

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022