# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CRAIG J. MUNDIE, et al., <br><br> Defendants. | NO. 2:15-cv-00103-RSM <br><br> ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On January 17, 2020, the Court issued an Order following *in camera* review of privileged documents still in dispute in the related case C15-102RSM. Case No. 2:15-cv-00102-RSM, Dkt. #187. That matter was closed by the Court. The Court now ORDERS the parties in this matter to show cause why this case should not also be closed. Each party is to respond no later than **fourteen (14) days** from the date of this Order. Absent any response, the Court will close this matter.

Dated this 4 day of March, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE - 1