HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Petitioner,<br><br>     v.<br><br>CRAIG J. MUNDIE, et al.,<br><br>            Respondents. | Case No.  2:15-cv-00103 RSM<br><br>**JOINT RESPONSE TO ORDER TO SHOW CAUSE** |

Petitioner and Intervenor Microsoft Corporation, through their respective undersigned counsel of record, respond to the Court's Order to Show Cause of March 4, 2020 as follows:

On January 17, 2020, the Court issued in an Order in related case *United States v. Microsoft, et al.*, 2:15-cv-00102-RSM, directing the production of certain documents to the IRS. (Dkt. No. 187).  In accordance with that order (and two subsequent orders addressing timing considerations), Microsoft and KPMG produced those documents to the IRS.

Although the IRS is still reviewing those documents, the IRS and Microsoft have conferred regarding this case and agree that no follow up with respect to the testimonial summonses is required, and, accordingly, this consolidated case should be closed.

Joint Response
(Case No.  2:15-cv-00103 RSM)

**United States Dept. of Justice**
555 4th Street, N.W.
Washington, D.C. 20001
TEL (202) 305-4929

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: March 18, 2020 | CALFO EAKES & OSTROVSKY LLP |
| 3 | | |
| 4 | | By: *s/ Andrea Delgadillo Ostrovsky* |
| | | Patty A. Eakes, WSBA #18888 |
| 5 | | Andrea Delgadillo Ostrovsky, WSBA #37749 |
| | | 1301 Second Avenue, Suite 2800 |
| 6 | | Seattle, WA 98101 |
| | | Tel: (206) 407-2211 |
| 7 | | Fax: (206) 407-2224 |
| | | Email: pattye@calfoeakes.com |
| 8 | | Email: andreao@calfoeakes.com |
| 9 | | BAKER & McKENZIE LLP |
| 10 | | By: *s/ Daniel A. Rosen* |
| | | Daniel A. Rosen, NYBA #2790442 |
| 11 | | *Pro Hac Vice* |
| | | 452 Fifth Avenue |
| 12 | | New York, NY 10018 |
| | | Phone: (212) 626-4272 |
| 13 | | Phone: (212) 626-4272 |
| | | Email: daniel.rosen@bakermckenzie.com |
| 14 | | |
| 15 | | ***Attorneys for Intervenor Microsoft Corporation*** |

Joint Response
(Case No. 2:15-cv-00103 RSM)

**United States Dept. of Justice**
555 4th Street, N.W.
Washington, D.C. 20001
TEL (202) 305-4929

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s Noreene Stehlik*
*/s James E. Weaver*
*/s Jeremy Hendon*
*/s Amy Matchison*
NOREENE STEHLIK
JAMES E. WEAVER
Senior Litigation Counsel, Tax Division
JEREMY HENDON
AMY MATCHISON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683
Email:  Noreene.C.Stehlik@usdoj.gov
         James.E.Weaver@usdoj.gov
         Jeremy.Hendon@usdoj.gov
         Amy.T.Matchison@usdoj.gov
         Western.TaxCivil@usdoj.gov
Telephone:     (202) 514-6489
               (202) 353-2466
               (202) 307-6422

BRIAN T. MORAN
United States Attorney
Western District of Washington

*Attorneys for the United States of America*

Joint Response
(Case No.  2:15-cv-00103 RSM)